UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER FUSCO,

                                      Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -MJ- 10428

Defendant __Christopher Fusco_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___      Initial Appearance Before a Judicial Officer

_X_      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___      Bail/Detention Hearing

___      Conference Before a Judicial Officer

__/s/ Christopher Fusco_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Christopher Fusco_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

__Jason Ser_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_March 22, 2021_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge