UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
      United States of America,

                                                         NOTICE RE: CHANGE OF
                                                         TIME OF CONFERENCE
      -against-

                                                           7:21-CR-00156 (CS)


      Christopher Fusco,
                         Defendant(s).
-----------------------------------------------------------X


The Status Conference previously scheduled before this Court for **November 2, 2021 at 3:45 p.m.** will be held at **9:15 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.


                                                /s/ Walter Clark, Courtroom Deputy

Dated:   October 22, 2021
           White Plains, New York